IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS WILSON, et al., | ) | Case No. 1:20-cv-1971 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| CHMURA ECONOMICS & ANALYTICS, LLC, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

Following a successful mediation by the Court, the captioned case settled. The claims of Thomas Wilson and Sarah Manfroni are resolved in their entirety. Accordingly, this case is dismissed with prejudice, with parties to bear their own costs. The Court retains jurisdiction to ensure that the settlement agreements are executed.

Because the case is now settled, the motion to intervene filed by Austen Steele [ECF Doc. 21] is DENIED, as moot.

**IT IS SO ORDERED.**

Dated: April 19, 2021

*s/Dan Aaron Polster*
United States District Judge